IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CR-221-MOC-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| MICHAEL ALLEN DUKE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 104) filed by A. Taylor Goodnight, concerning F. Clinton Broden, on May 12, 2017. Mr. F. Clinton Broden seeks to appear as counsel *pro hac vice* for Defendant Michael Allen Duke. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 104) is **GRANTED.** Mr. F. Clinton Broden is hereby admitted *pro hac vice* to represent Defendant Michael Allen Duke.

**SO ORDERED**.

Signed: May 15, 2017

David C. Keesler
United States Magistrate Judge