# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CR-221-MOC-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| MICHAEL ALLEN DUKE, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 198) filed by C. Melissa Owen, concerning Jarrett Adams on February 2, 2018. Mr. Jarrett Adams seeks to appear as counsel *pro hac vice* for Defendant Michael Allen Duke. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 198) is **GRANTED.** Mr. Jarrett Adams is hereby admitted *pro hac vice* to represent Defendant Michael Allen Duke.

**SO ORDERED**.

Signed: February 5, 2018

David C. Keesler
United States Magistrate Judge