# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO: 3:16-CR-00221-MOC-DCK-7

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>) **ORDER**<br>MICHAEL ALLEN DUKE, )<br>)<br>Defendant. ) | |

**THIS MATTER** is before the Court on defense counsel's Motion to Withdraw. (#442). On January 30, 2019, Defendant was convicted of one count of conspiring to commit mail and wire fraud, three counts of mail fraud, one count of wire fraud, and one count of money laundering. (#338). After conviction, the Court allowed Defendant to retain new counsel based on an "irreconcilable conflict" between him and his counsel regarding "trial strategy." (#434). Now, after several continuances, Defendant's new counsel represents that "Defendant has instructed [him] to [withdraw]" so that Defendant may "represent himself at further proceedings" because they "have reached an impasse regarding a mutually agreeable strategy for approaching the sentencing hearing." (#442). Having considered the matter, the Court enters the following order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defense counsel's Motion to Withdraw will be considered at Defendant's scheduled sentencing date. Defendant is **ADVISED** that the Court will grant him no additional sentencing continuances. As such, if the Court grants defense counsel's motion to withdraw, Defendant **SHALL** be prepared to represent himself at sentencing.

Signed: December 19, 2019

Max O. Cogburn Jr.
United States District Judge