**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO: 3:16-CR-00221-MOC-DCK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| [7] MICHAEL ALLEN DUKE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defense Counsel's Motion to Allow Counsel to File a Supplemental Addendum to the Pre-Sentence Investigation Report (#446) and a Sentencing Memorandum (#447) on behalf of Defendant. As Defense Counsel recognizes, the Court is scheduled to hear a Motion to Withdraw on the same day as Defendant's Scheduled Sentencing Hearing. (#443). Therefore, Defense Counsel seeks to protectively file a supplemental addendum and sentencing memorandum. Having considered the matter, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that Defense Counsel's Motion to Allow Counsel to File a Supplemental Addendum to the Pre-Sentence Investigation Report (#446) and a Sentencing Memorandum (#447) on behalf of Defendant are **GRANTED**. The Court will determine what value, if any, to attach to those documents upon hearing the Motion to Withdraw. (#443).

Signed: January 17, 2020

Max O. Cogburn Jr.
United States District Judge