UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO: 3:16-CR-00221-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| MICHAEL ALLEN DUKE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's Second Motion for Extension of Time to Self-Surrender for Service of Sentence. See Doc. No. 494. Having considered the matter, the Court finds good cause for extending Defendant's self-surrender date. Specifically, the Court will extend Defendant's self-surrender date to allow him to proceed with his rescheduled surgery. Therefore, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Second Motion for Extension of Time to Self-Surrender for Service of Sentence, Doc. No. 494, is **GRANTED**, and Defendant's self-surrender date is hereby extended until **August 21, 2020**.

Signed: May 12, 2020

Max O. Cogburn Jr
United States District Judge