# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO: 3:16-CR-00221-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| MICHAEL ALLEN DUKE, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court on Counsel for Defendant Duke's Motion to Withdraw as Counsel of Record, Doc. No. 539, as well as Duke's *pro se* Motions for Extension of Time to Self-Report to the Bureau of Prisons, Doc. No. 540, and for Stay/Release Pending Appeal, Doc. No. 541. On August 19, 2020, the Court held a hearing to consider those motions, indicating that a written Order would be forthcoming. Having considered the matter, and having reviewed the evidence in this case, the Court now enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that, for reasons stated on the record: (1) Counsel for Duke's Motion to Withdraw as Counsel of Record, Doc. No. 539, is **GRANTED**; (2) Duke's *pro se* Motion for Extension of Time to Self-Report to the Bureau of Prisons, Doc. No. 540, is **GRANTED IN PART**; and (3) Duke's *pro se* Motion for Stay/Release Pending Appeal, Doc. No. 541, is **DENIED**. Accordingly, Defendant **SHALL** self-report for his prison sentence at the time and place designated by the Federal Bureau of Prisons, but on a date **no earlier than September 1, 2020**. The Clerk of Court is instructed to send a copy of this Order to the U.S. Marshals Service.

Signed: August 19, 2020

Max O. Cogburn Jr
United States District Judge