# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-cr-221-MOC-7

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL ALLEN DUKE, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se "Motion for Compassionate Release Reduction of Sentence." (Doc. No. 549).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

Signed: February 22, 2021

Max O. Cogburn Jr
United States District Judge